UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. |
| ) | |
| Plaintiff, ) | **'08 MJ 2194** |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | |
| **Roberto MALDONADO-Gonzalez** ) | Title 8, U.S.C., Section 1326; |
| ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant. ) | |

FILED
08 JUL 18, AM 9:50

The undersigned complainant, being duly sworn, states:

On or about, **July 14, 2008,** within the Southern District of California, defendant, **Roberto MALDONADO-Gonzalez** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **July 2008.**

UNITED STATES MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO**
U.S. **MAGISTRATE JUDGE**

# PROBABLE CAUSE STATEMENT

On July 14, 2008, the defendant identified as, **Roberto MALDONADO-Gonzalez,** was arrested by the Escondido Police Department, in Escondido California. The defendant was placed under arrest for violation of Section 23152 (b) "DUI Alcohol/0.08%" of the California Vehicle Code and booked into county jail. While in the custody of county jail, an Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release from jail.

On July 17, 2008, the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed form the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Roberto MALDONADO-Gonzalez,** was ordered removed from the United States by an Immigration Judge on or about November 21, 2006 and removed to Mexico, via the San Ysidro Port of Entry on November 21, 2006. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, **Roberto MALDONADO-Gonzalez,** a citizen and national of Mexico.