AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

**FILED**
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America
    Plaintiff(s),
v.
Roberto Maldonado-Gonzalez
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 8MJ2184 / 08CR2750-LAB

Notice is hereby given that, subject to approval by the court, __Roberto Maldonado-Gonzalez__ substitutes
                                                                                     (Party (s) Name)
__E. Wellington Matthews__, State Bar No. __161396__ as counsel of record in
    (Name of New Attorney)

place of __Joseph Mark McMullen__
            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:        Law Offices of E. Wellington Matthews & Associates
   Address:          3660 Wilshire Boulevard, Suite 810, Los Angeles, CA 90010
   Telephone:        (213) 251-9442                Facsimile  (213) 388-8284
   E-Mail (Optional):

I consent to the above substitution.
Date:    8/21/08
                                    (Signature of Party (s))

I consent to being substituted.
Date:    8/21/08
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    8/20/2008
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date:    8/21/08
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]